**Order entered July 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00859-CV
No. 05-14-00863-CV

**THERESA BARNETT, Appellant**

**V.**

**DAVID S. CROCKETT, ET AL., Appellee**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-00136**

## ORDER

Upon review of the notices of appeal in the above-captioned appeal, Cause No. 05-14-00859-CV, and the appeal in Cause No. 05-14-00863-CV, *Barnett v. Crockett,* the Court concludes that there is substantial overlap among the issues presented by the cases. Accordingly, on its own motion, the Court **CONSOLIDATES** Cause No. 05-14-00863-CV into Cause No. 05-14-00859-CV. The Court **ORDERS** the Clerk of the Court to remove all documents from file No. 05-14-00863-CV and to refile them in Cause No. 05-14-00859-CV and to treat No. 05-14-00863-CV as a closed case. The Court **ORDERS** that all future pleadings be filed only in Cause No. 05-14-00859.

/s/      CAROLYN WRIGHT
CHIEF JUSTICE